UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>*Defendant-Petitioner*,<br><br>v.<br><br>BRUCE KONYA, SIMON SHIFF, STEPHEN SCHWARZ, DIANA VAZQUEZ, individually and as representatives of a class of participants and beneficiaries on behalf of the Lockheed Martin Corporation Salaried Employee Retirement Program and the Lockheed Martin Aerospace Hourly Pension Plan,<br><br>*Plaintiffs-Respondents*. | No. 25-180<br>(D. Md. 8:24-cv-00750-BAH) |

## RESPONSE TO PETITION FOR PERMISSION TO APPEAL

The Court's Rule 5 Docketing Notice directed Plaintiffs-Respondents to file a response to Defendant's petition for permission to appeal. *See* Doc. 3. Plaintiffs do not oppose the petition.

August 8, 2025

Respectfully submitted,

/s/ Sean E. Soyars
Sean E. Soyars
SCHLICHTER BOGARD LLC
100 S. Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115
ssoyars@uselaws.com

*Counsel for Plaintiffs-Respondents*

1

## CERTIFICATE OF COMPLIANCE

1. This document complies with the length limitation of Fed. R. App. P. 5(c)(1) because it contains 25 words.

2. The document complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft® Office Word in Times New Roman 14-point font.

/s/ Sean E. Soyars
Sean E. Soyars

## CERTIFICATE OF SERVICE

On August 8, 2025, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. I further certify that all counsel of record are Filing Users and are served electronically by the Notice of Docket Activity.

/s/ Sean E. Soyars
Sean E. Soyars
